1  HAROLD P. WEINBERGER (*admitted pro hac vice*)
2  hweinberger@kramerlevin.com
   EILEEN M. PATT (*admitted pro hac vice*)
3  epatt@kramerlevin.com
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
4  1177 Avenue of the Americas
   New York, New York 10036
5  Telephone: (212) 715-9100
   Facsimile: (212) 715-8000
6
   LISA KOBIALKA (State Bar No. 191404)
7  lkobialka@kramerlevin.com
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
8  990 Marsh Road
   Menlo Park, CA 94025
9  Telephone: (650) 752-1700
   Facsimile: (650) 752-1800
10
   Attorneys for Defendant
11 JOHNSON & JOHNSON CONSUMER INC.

12            **IN THE UNITED STATES DISTRICT COURT**
13           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14
15 PAIGE HERNANDEZ, Individually and
   on Behalf of All Others Similarly         Case No.:  8:17-CV-0680 SVW-JCG
16 Situated,
                                             HON. STEPHEN V. WILSON
17           Plaintiff,
                                             **JOINT STIPULATION FOR**
18      v.                                   **DISMISSAL WITH PREJUDICE**
19
20 JOHNSON & JOHNSON CONSUMER
   INC.; and DOES 1 through 25,
21 inclusive.
22
             Defendants.
23
24
25
26
27
28
   ─────────────────────────────────────────
           JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
                                              8:17-CV-0680 SVW-JCG

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to a dismissal of the action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

Dated:  December 15, 2017       KRAMER LEVIN NAFTALIS
                                & FRANKEL LLP

                                By:  /s/ *Harold P. Weinberger*
                                    Harold P. Weinberger (*admitted pro hac vice*)
                                    Eileen M. Patt (*admitted pro hac vice*)
                                    Kramer Levin Naftalis & Frankel LLP
                                    1177 Avenue of the Americas
                                    New York, New York  10036
                                    (212) 715-9100
                                    hweinberger@kramerlevin.com
                                    epatt@kramerlevin.com

                                    Lisa Kobialka (State Bar No. 191404)
                                    990 Marsh Road
                                    Menlo Park, CA  94025
                                    (650) 752-1700
                                    lkobialka@kramerlevin.com

                                    *Attorneys for Defendant*
                                    *Johnson & Johnson Consumer Inc.*

Dated:  December 15, 2017       NATHAN & ASSOCIATES, APC

                                By:  /s/ *Reuben D. Nathan*
                                    Reuben D. Nathan (SBN 208436)
                                    Nathan & Associates, APC
                                    600 W. Broadway, Suite 700
                                    (619) 272-7014
                                    rnathan@nathanlawpractice.com

                                    *Attorney for Plaintiff Paige Hernandez*

1

Filer's Attestation: I certify that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

    /s/ *Harold P. Weinberger*
Harold P. Weinberger (*admitted pro hac vice*)